UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:04-CR-479-T-24TGW

HUFFMAN DALE TRUSTY

_____/

**ORDER**

This cause comes before the Court on Defendant's Motion for Return of Cash Bond (Doc. No. 51). On or about November 30, 2004, Defendant deposited a $2,500.00 bond with the Clerk of the Court for the United States District Court, Southern District of Florida, Miami Division. On or about January 5, 2005, the $2,500.00 bond deposited by Defendant was transferred to this Court. Defendant was sentenced on November 23, 2005, as to Count One of the Indictment, for the offense of conspiracy to commit mail fraud. Defendant was placed on probation for a term of sixty (60) months with the special condition that he participate in the Home Detention program for a period of ten (10) months. Defendant was ordered to pay $151,415.01 in restitution, with restitution payments at a rate of no less than $1,500.00 a month.

Having considered Defendant's motion, it is **ORDERED AND ADJUDGED** that the Clerk of the Court shall forward to Defendant the $2,500.00 bond and send the same to Defendant at 3000 S.W. Third Road, Apt. 1008, Miami, Florida, 33129. The Court orders that this amount shall go to the payment of the $151,415.01 Defendant owes in restitution and shall be in addition to the $1,500.00 he is required to pay per month.

**DONE AND ORDERED** at Tampa, Florida this 9th day of December, 2005.

/s/ Susan C. Bucklew
SUSAN C. BUCKLEW
United States District Judge

Copies to:

Counsel of Record